Patient's Name: Ducksworth Charles   DOB: 11-10-97   Phone #: 616-5870   (Male)/Fem
Name MO & Ins/HMO: Ducksworth, Clara   T19 EDS
FA & Ins/HMO:   141 749 6215
Address/Zip code: 6414 W. Hampton Ave 53218

Date: JUN 11 2011   TEACHER'S NAME:   GRADE:

|  | NOT TRUE AT ALL (Never, Seldom) | JUST A LITTLE TRUE (Occasionally) | PRETTY MUCH TRUE (Often, Quite a Bit) | VERY MUCH TRUE (Very Often, Very Frequent) |
|---|---|---|---|---|
| 1. Restless or overactive | 0 | 1 | 2 | 3 |
| 2. Excitable, impulsive | 0 | 1 | 2 | 3 |
| 3. Fails to finish things he/she starts | 0 | 1 | 2 | 3 |
| 4. Inattentive, easily distracted | 0 | 1 | 2 | 3 |
| 5. Temper outbursts | 0 | 1 | 2 | 3 |
| 6. Fidgeting | 0 | 1 | 2 | 3 |
| 7. Disturbs other children | 0 | 1 | 2 | 3 |
| 8. Demands must be met immediately—easily frustrated | 0 | 1 | 2 | 3 |
| 9. Cries often and easily | 0 | 1 | 2 | 3 |
| 10. Mood changes quickly and drastically | 0 | 1 | 2 | 3 |

SEEN children c/w 6-4-11
Asthma - Need

OTHER COMPLAINTS:
Assault - (L) Shoulder swollen
Assault by 15-20 people whom they ran into — a girl. Apparently they new the girl

| Height | Weight 23 H | HR |  | BP |
|---|---|---|---|---|
| T 98.5 |  | RR | OFC |  |

Lab: wally
Allergies: 0 none known   □ yes - pen/seasonal/ot  GETo<in

PHYSICAL EXAM
Gen. App.    nl abnl
— no mass.
hematuria

| | nl | abnl |
|---|---|---|
| Skin | | |
| Head | | |
| Ears | | |
| Eyes | | |
| Mouth/Throat/Nose | | |
| Neck | | |
| Chest | | |
| Ht/Pulse | | |
| Abd | | |
| Genitalia | ✓ | |
| Extremities | | |
| Neuro | | |
| Speech | | |

Tenderness
(L) shoulder
area +

Medications & recommendations
50 percent time spent counseling

tylenol 100 mg qd
Ventolin 2p q 4 ph
Motrin prn
d/c syrup

Side Effects:   DX: (L) shoulder injury
☐ Appetite       sickle cell trait
☐ Sleep          Asthma
☐ Mood changes
☐ Headaches
☐ Stomachaches
☐ Tics
☐ Other

Case 2:23-cr-00008-PP   Filed 05/26/23   Page 1 of 2   Document 43

Patient's Name: Ducksworth, Charles  DOB: 11-10-97  Phone #: 616-882...  (Male)/Fem
Name MO & Ins/HMO: Ducksworth, Clara   T19 EDS
FA & Ins/HMO:                                         141 7496215
Address/Zip code: 6414 W. Hampton Ave 53218

DEC 2 3 2010

Date: TEACHER'S NAME:    GRADE:

Note: Sees psychiatrist for meds — Does not want meds.

| | NOT TRUE AT ALL (Never, Seldom) 0 | JUST A LITTLE TRUE (Occasionally) 1 | PRETTY MUCH TRUE (Often, Quite a Bit) 2 | VERY MUCH TRUE (Very Often, Very Frequent) 3 |
|---|---|---|---|---|
| 1. Restless or overactive | 0 | 1 | 2 | 3 |
| 2. Excitable, impulsive | 0 | 1 | 2 | 3 |
| 3. Fails to finish things he/she starts | 0 | 1 | 2 | 3 |
| 4. Inattentive, easily distracted | 0 | 1 | 2 | 3 |
| 5. Temper outbursts | 0 | 1 | 2 | 3 |
| 6. Fidgeting | 0 | 1 | 2 | 3 |
| 7. Disturbs other children | 0 | 1 | 2 | 3 |
| 8. Demands must be met immediately—easily frustrated | 0 | 1 | 2 | 3 |
| 9. Cries often and easily | 0 | 1 | 2 | 3 |
| 10. Mood changes quickly and drastically | 0 | 1 | 2 | 3 |

OTHER COMPLAINTS: Marthurst Followed by Renal — for kidney stones looks weird. No injury
Knots on ® shoulder  Acne Cream   Lab: + Sees Pulmonary

Height 5'8"   Weight 111 lbs   HR   BP
T 98.1   RR   OFC
Allergies: 0 none known
⊙ yes — pen/seasonal/ot   12/28/2010

PHYSICAL EXAM
Alert & NAD   WNL

Gen. App. | nl | abnl
Skin
Head
Ears
Eyes
Mouth/Throat/Nose
Neck
Chest
Ht/Pulse
Abd
Genitalia
Extremities
Neuro
Speech

fine papules to forehead
Closed comedones
Open comedones — pustules

Medications & recommendations
50 percent time spent counseling

pt unhappy
c mess of acne
wash, etc

Dx: 1) Acne   Plan: Try new acne Rx
1) Benzoyl Peroxide 5% gel to acne 6 am
2) Tretinoin % at bedtime (Start slowly)
Skin can be irritated
RTC/MD if new or worse or no better

DX: Clavicle + acromion
N/A. WNL - NT to palpation
ecchymosis
O swelling   O atrophy

2) normal shoulder anatomy

Side Effects:
☐ Appetite
☐ Sleep
☐ Mood changes
☐ Headaches
☐ Stomachaches
☐ Tics
☐ Other

Case 2:23-cr-00008-PP   Filed 05/26/23   Page 2 of 2   Document 43
PEDIATRIC ASSOCIATES, S.C.