UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

Plaintiff,

v. Case No. 23-CR-008

CHARLES DUCKSWORTH, JR.,

Defendant.

---

**ORDER GRANTING THE GOVERNMENT'S MOTION FOR ENTRY OF PRELIMINARY ORDER OF FORFEITURE AND ORDER TO DISMISS PROPERTY FROM FORFEITURE NOTICE OF THE INFORMATION (DKT. NO. 221 )**

---

On January 18, 2023, the grand jury returned an indictment against multiple defendants, including the defendant, Charles Ducksworth, Jr. The indictment charged the defendant with one count of first-degree murder, in violation of 18 U.S.C. §§1111(a), 1114, and 2(a); one count of discharging a firearm during a crime of violence, in violation of 18 U.S.C. §§924(c)(1)(A)(iii), 924(j), and 2(a); one count of knowingly and intentionally possessing with intent to distribute marijuana, in violation of 21 U.S.C. §§841(a)(1) and 841(b)(1)(D); and one count of knowingly possessing a firearm in furtherance of a drug trafficking charge, in violation of 18 U.S.C. §924(c)(1)(A)(i). Dkt. No. 23. The indictment included a forfeiture notice.

On July 29, 2024, the United States filed a Bill of Particulars for Forfeiture of Property amending the dollar amount to $2,730 in U.S. currency

recovered from 45XX West Eggert Place, Milwaukee, Wisconsin, on December 27, 2022, in the forfeiture notice of the indictment. Dkt. No. 96.

On November 19, 2024, the grand jury returned a superseding indictment against multiple defendants, including the defendant, Charles Ducksworth, Jr. The superseding indictment charged the defendant with one count of first-degree murder, in violation of 18 U.S.C. §§1111(a), 1114, and 2(a); one count of discharging a firearm during a crime of violence, in violation of 18 U.S.C. §§924(c)(1)(A)(iii) and 2(a); one count of knowingly and intentionally conspiring to distribute and possess with the intent to distribute marijuana, in violation of 21 U.S.C. §§846, 841(a)(1), and 841(b)(1)(D); one count of knowingly and intentionally possessing with intent to distribute marijuana, in violation of 21 U.S.C. §§841(a)(1) and 841(b)(1)(D); and one count of knowingly possessing a firearm in furtherance of a drug trafficking charge, in violation of 18 U.S.C. §924(c)(1)(A)(i). Dkt. No. 107. The superseding indictment included a forfeiture notice.

On November 26, 2024, the United States filed a second Bill of Particulars for Forfeiture of Property amending the dollar amount to $2,730 in U.S. currency recovered from 45XX West Eggert Place, Milwaukee, Wisconsin, on December 27, 2022, in the forfeiture notice of the superseding indictment. Dkt. No. 110.

On June 26, 2026, a two-count information was filed against the defendant, Charles Ducksworth, Jr. The information charged the defendant

with one count of second-degree murder, in violation of 18 U.S.C. §§1111(a), 1114, and 2(a) and one count of discharging a firearm during a crime of violence, in violation of 18 U.S.C. §§924(c)(1)(A)(iii) and 2(a). Dkt. No. 206. The information included a forfeiture notice, listing the following properties –

a. a black Glock 19 Gen4 9mm semiautomatic handgun, bearing serial number BCRP667, without a magazine;

b. a Glock brand 15-round capacity 9mm magazine;

c. a black Pro Mag brand 21-round capacity 9mm magazine;

d. a Glock 43X 9mm semi-automatic handgun, bearing serial number BSRZ292, with an extended 50-round drum magazine, loaded with fifteen rounds of WIN ammunition, one round of Blazer 9mm ammunition; and twenty-eight (28) rounds of GFL 9mm ammunition;

e. sixteen (16) Hornady Critical Defense .40 caliber rounds;

f. three (3) Winchester .40 caliber rounds;

g. one (1) PMC brand .40 caliber round;

h. one (1) WIN 9mm round;

i. three (3) LC21 rifle rounds;

j. one (1) Blazer 9mm round;

k. a box of 46 rounds of Winchester 9mm cartridges; and

l. $2,730 in U.S. currency recovered from 45XX West Eggert Place, Milwaukee, Wisconsin, on December 27, 2022.

On June 25, 2026, the defendant signed a plea agreement, which was filed with the court on June 26, 2026. Dkt. No. 207. In that agreement, the defendant agreed that the court could immediately enter a preliminary order of forfeiture.

In light of the plea agreement, the court **FINDS** that the following properties are subject to forfeiture:

a. a black Glock 19 Gen4 9mm semiautomatic handgun, bearing serial number BCRP667, without a magazine;

b. a Glock brand 15-round capacity 9mm magazine;

c. a black Pro Mag brand 21-round capacity 9mm magazine;

d. a Glock 43X 9mm semi-automatic handgun, bearing serial number BSRZ292, with an extended 50-round drum magazine, loaded with fifteen rounds of WIN ammunition, one round of Blazer 9mm ammunition; and twenty-eight (28) rounds of GFL 9mm ammunition;

e. sixteen (16) Hornady Critical Defense .40 caliber rounds;

f. three (3) Winchester .40 caliber rounds;

g. one (1) PMC brand .40 caliber round;

h. one (1) WIN 9mm round;

i. three (3) LC21 rifle rounds;

j. one (1) Blazer 9mm round;

k. a box of 46 rounds of Winchester 9mm cartridges; and

l. $2,730 in U.S. currency recovered from 45XX West Eggert Place, Milwaukee, Wisconsin, on December 27, 2022.

The court **GRANTS** the government's motion for entry of a preliminary order of forfeiture. Dkt. No. 221. The court **ORDERS** that all right, title and interest in the following properties are **FORFEITED** to the United States under 18 U.S.C. §924(d) and 28 U.S.C. §2461(c):

a. a black Glock 19 Gen4 9mm semiautomatic handgun, bearing serial number BCRP667, without a magazine;

b. a Glock brand 15-round capacity 9mm magazine;

c. a black Pro Mag brand 21-round capacity 9mm magazine;

d. a Glock 43X 9mm semi-automatic handgun, bearing serial number BSRZ292, with an extended 50-round drum magazine, loaded with fifteen rounds of WIN ammunition, one round of Blazer 9mm ammunition; and twenty-eight (28) rounds of GFL 9mm ammunition;

e. sixteen (16) Hornady Critical Defense .40 caliber rounds;

f. three (3) Winchester .40 caliber rounds;

g. one (1) PMC brand .40 caliber round;

h. one (1) WIN 9mm round;

i. three (3) LC21 rifle rounds;

j. one (1) Blazer 9mm round; and

k. a box of 46 rounds of Winchester 9mm cartridges.

The court **ORDERS** that the Postal Service of the United States, United States Marshals Service for the Eastern District of Wisconsin, or its duly authorized representative shall seize the items listed above.

The court **ORDERS** that under 21 U.S.C. §853(n)(1), the United States shall publish notice of this order and of its intent to dispose of the properties according to law.

The court **ORDERS** that the $2,730 in U.S. currency recovered from 45XX West Eggert Place, Milwaukee, Wisconsin, on December 27, 2022, is **DISMISSED** from the information for reasons stated in the Government's motion.

The court will recount the terms of this order in the defendant's judgment and commitment order.

Dated at Milwaukee, Wisconsin, this 28th day of August, 2026.

**HON. PAMELA PEPPER**
**Chief United States District Judge**